■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Duly Selected as a Site for Marcus Garvey Park Village I Urban Renewal Project in the Borough of Brooklyn. TEXACO, INC., Respondent-Appellant.—Second, separate and partial final decree of the Supreme Court, Kings County, dated March 2, 1973, affirmed insofar as appealed from, without costs. The record indicates that the trial court stated it was going to make a single award, and counsel did not object. Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.